IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BANKUNITED N.A., § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> ASD KITCHEN, INC., AULLAH S. DARWISH, § <br> SAM M. DARWISH, SKINNY IT CORP., AND § <br> RAJESH P. PADOLE, § <br> § <br> Defendants. § <br> § | | Civil Action No. 4:18-cv-804-ALM |

**PROPOSED ENTRY OF DEFAULT**

After considering Plaintiff BankUnited N.A.'s request for entry of default against Defendant Rajesh P. Padole, proofs of service, the affidavits, and other evidence on file, the clerk FINDS that the record supports entry of default and ORDERS that default be entered.

SIGNED on _____, 2018.

                                                  DAVID A. O'Toole, CLERK

                                                  _____
                                                  Deputy Clerk

APPROVED & ENTRY REQUESTED:

*/s/ Cameron J. Asby*
Cameron J. Asby