# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BANKUNITED, N.A., <br><br>  Plaintiff, <br><br> v. <br><br> ASD KITCHEN, INC., AULLAH S. DARWISH, SAM M. DARWISH, AND RAJESH P. PADOLE, <br><br>  Defendants. | § § § § § § § § § § § § § Civil Action No. 4:18-cv-804 |

### DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF PLAINTIFF BANKUNITED, N.A.'S MOTION FOR DEFAULT JUDGMENT

I, Justin Garcia, state as follows:

1. I am employed as a Special Assets Manager and officer for BankUnited, N.A. ("BankUnited") and am authorized to make this declaration in support of BankUnited's *Motion for Default Judgment*.

2. In my capacity as Special Assets Manager and officer, I am a custodian of records for BankUnited and I have personal knowledge of BankUnited's regular business practices and procedures for maintaining its records as they existed at the time.

3. I have reviewed the books and records maintained by BankUnited in the normal and ordinary course of business with respect to the transaction that is the subject matter of this case and make this declaration upon my personal knowledge and review of those business records. The record attached to this declaration is kept in the course of BankUnited's regularly conducted business and it is BankUnited's regular practice to maintain records such as the one attached to this declaration.

4.      As of October 15, 2019, the total outstanding balance owed to BankUnited under the Defendants' Guarantees is $1,742,490.62, with per diem interest accruing in the amount of $315.05, plus attorneys' fees and costs and expenses as provided for under each Guarantee. A true and correct copy of BankUnited's payoff computation is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 30th day of October 2019.

By: Justin Garcia

# EXHIBIT A



**Compute Payoff**

**Favorites**

| | | | |
|---|---|---|---|
| Note number | **6000741** | | |
| **Information** | Short name | **BURGERS, BUNS &** | Payoff year base | **30/360** |
| | | | Payoff good thru | **10-15-2019** |
| **Help** | | | **Payoff Data** | |
| | Payoff date | | | **10-15-19** |
| **Logoff** | Net payoff | | | **1,742,490.62** |
| | Principal amount | | | **1,620,284.23** |
| | Interest due | | | **114,411.94** |
| | Late fees due | | | **7,794.45** |
| | Unpaid insurance | | | **.00** |
| | Escrow balance | | | **.00** |
| | Payoff interest per day | | | **315.055266** |
| | Unapplied funds | | | **.00** |
| | Unpaid loan fees | | | **.00** |
| | Total of other rebates | | | **.00** |

Page Up

OK   Exit   Fee detail   Cancel   Print quote