# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BANKUNITED, N.A., | § § § § § | |
| Plaintiff, | | |
| v. | § § § § § § § § § | Civil Action No. 4:18-cv-804 |
| ASD KITCHEN, INC., AULLAH S. DARWISH, SAM M. DARWISH, AND RAJESH P. PADOLE, | | |
| Defendants. | | |

### BANKUNITED, N.A.'S SERVICE MEMBERS' AFFIDAVIT

STATE OF TEXAS          )
                                        )
COUNTY OF HARRIS

BEFORE ME, the undersigned authority personally appeared Cameron J. Asby, known to me to be the person whose name is subscribed hereto and who, after being first duly sworn, stated as follows:

1. My name is Cameron J. Asby.

2. I am counsel of record for Plaintiff BankUnited, N.A. ("Plaintiff" or "BankUnited"). I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct, and I could testify to them competently if called upon to do so.

3. Defendant ASD Kitchen, Inc. is a corporation and is not in military service.

DM1\10104846.2

Further Affiant Sayeth Not.

_____
Cameron J. Asby

Sworn to and subscribed before me
By Cameron J. Asby on this 30th day
Of October 2019

_____
Notary Public

Notary Public in and for the State of Texas

My commission expires: 12/29/22.

MELISSA LARA
Notary ID #128480883
My Commission Expires
December 29, 2022

2

DM1\10104846.2